IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| BEVERLY AUSLANDER and KAREN YAFFE | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 02-3551 |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| WILMA WEISBEIN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-3760 |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| Defendant. | : | |

---

**ORDER**

AND NOW, this 13TH day of September, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on <u>October 24, 2002</u> at <u>4:30 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES   C.J.

copies by FAX on
to