IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| BEVERLY AUSLANDER and KAREN YAFFE | CIVIL ACTION |
| Plaintiffs, | NO. 02-3551 |
| v. | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | |
| Defendant. | |

---

| | |
|---|---|
| WILMA WEISBEIN, | CIVIL ACTION |
| Plaintiff, | NO. 02-3760 |
| v. | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | |
| Defendant. | |

---

ORDER

AND NOW, this    day of October, 2002, it is hereby ORDERED that the pre-trial conference previously scheduled for October 24, 2002 at 4:30 p.m. in the above-captioned matter is RESCHEDULED for November 6, 2002 at 4:30 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
James T. Giles, C.J.