IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| BEVERLY AUSLANDER and KAREN YAFFE | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 02-3551 |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| WILMA WEISBEIN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-3760 |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| Defendant. | : | |

---

### ORDER

AND NOW, this ___ day of November, 2002, the parties having represented to this court that they had resolved this matter, it is hereby ORDERED that this matter is SETTLED, DISCONTINUED, AND ENDED.

BY THE COURT:


_____
JAMES T. GILES         C.J.

copies by FAX on
to